HENRY WICHMANN, Respondent, v. EDWARD V. GEHRKE, Appellant, and Others, Defendants.— Order confirming report of official referee, and the judgment entered thereon, which judgment fixes the amount of the deficiency in foreclosure, unanimously affirmed, with costs. Evidence of the elements of value as set forth in *Heiman* v. *Bishop* (272 N. Y. 83) has been received; and in our opinion the value as found by the referee and allowed by the Special Term represents the fair and reasonable market value of the premises. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

### (December 31, 1936.)

In the Matter of the Application of MINNIE STREIT and THE WALDMAN AUTO COMPANY, INC., Respondents, for a Certiorari Order against HARRIS H. MURDOCK, Chairman, BERNARD A. SAVAGE and Others, as Members of and Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Order sustaining certiorari and annulling the determination of the board of standards and appeals in refusing to grant a variation of the building zone resolution, granting such a variation and directing the issuance of all requisite permits therefor, reversed on the law and the facts, with costs, certiorari proceeding dismissed and the determination of the board of standards and appeals reinstated and confirmed. The showing before the board was of a character that afforded a basis for the determination at which it arrived. That determination denied a variance and should not have been disturbed. The Special Term in effect substituted its judgment for that of the board. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

CORA LITRELL, Respondent, v. SAMUEL KLEIN, Appellant.— Action for false imprisonment and for an assault committed by defendant's store detectives upon the plaintiff, a customer in the store, upon the erroneous suspicion that plaintiff was a shoplifter. Judgment for the plaintiff unanimously affirmed, with costs. The error with respect to the admission of testimony, particularly that relating to the alleged declaration by the doorman that the two women were store detectives, was not prejudicial, in view of the overwhelming proof that the two women who mistreated the plaintiff were employees of the defendant, acting as store detectives, with express instructions to arrest shoplifters. (Civ. Prac. Act, § 106.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

CORA LITRELL, Respondent, v. SAMUEL KLEIN, Appellant.— Order denying motion to vacate and set aside the judgment and for a new trial on the ground of newly-discovered evidence in an action for false imprisonment and assault unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.